IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE (Wilmington)

**TRANSCEND MEDICAL, INC.**

      **Plaintiff**     :      CIVIL ACTION

      **v.**     :      NO. 13-830

**GLAUKOS CORPORATION**

      **Defendant**     :

## FIRST AMENDED SCHEDULING ORDER

**AND NOW,** this 12th day of November, 2013, following a status conference and upon consideration of Plaintiff's November 5, 2013 letter proposing amended claim construction deadlines, it is hereby **ORDERED** that the August 7, 2013 Scheduling Order (¶¶ 5-6) (Doc. No. 18) is **AMENDED** as follows:

- The parties shall exchange lists of those claim terms that they believe need construction and their proposed claim construction of those terms by **May 23, 2014**.

- The parties shall agree upon and file the Joint Claim Construction Statement by **June 20, 2014**, with the claim chart separately docketed.

- The number of claim terms to be construed shall be limited to ten (10).

- Patentee shall serve and file its opening brief on claim construction by **July 18, 2014**.

- The alleged infringer shall serve and file its answering claim construction brief by **August 15, 2014**.

- The patentee shall serve and file its reply brief by **August 29, 2014**.

- The alleged infringer shall serve and file its surreply brief by **September 12, 2014**.

- A claim construction hearing shall be held on **October 6, 2014 at 10:00am**.

- All other deadlines set out in the August 7, 2013 Scheduling Order shall remain in place.

**BY THE COURT:**

 /s/ Mitchell S. Goldberg

**Mitchell S. Goldberg, J.**