IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRANSCEND MEDICAL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 13-830 (MSG) |
| v. ) | |
| ) | Demand for Jury Trial |
| GLAUKOS CORPORATION, ) | |
| ) | |
| Defendant. ) | |

**STIPULATION AND PROPOSED ORDER FOR SECOND AMENDED
COMPLAINT & AMENDMENT OF SCHEDULING ORDER**

Pursuant to Rules 15(a)(2) and 16(b)(4) of the Federal Rules of Civil Procedure, Plaintiff Transcend Medical, Inc. ("Transcend") and Defendant Glaukos Corporation ("Glaukos") stipulate as follows:

WHEREAS Transcend filed a Complaint for Declaratory Judgment of Patent Non-Infringement and Invalidity against Glaukos on May 10, 2013;

WHEREAS on August 7, 2013, the Court entered a Scheduling Order (D.I. 18) bifurcating the issue of willful infringement for the purposes of discovery and trial;

WHEREAS the August 7, 2013 Scheduling Order set a deadline for the completion of fact discovery of August 29, 2014;

WHEREAS Transcend filed a First Amended Complaint against Glaukos on December 16, 2013, which added allegations concerning a then-recently issued patent;

WHEREAS pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, Transcend has received consent from Glaukos to file a Second Amended Complaint adding claims of unenforceability due to inequitable conduct;

WHEREAS Transcend and Glaukos have agreed that Glaukos may pursue claims of willful infringement in the current phase of this case;

WHEREAS Transcend and Glaukos have agreed that the deadline to complete fact discovery should be extended until November 21, 2014 in order to enable the parties to pursue further, non-cumulative discovery;

NOW THEREFORE, by and through their respective counsel of record, Transcend and Glaukos stipulate that:

- Transcend may file the Second Amended Complaint attached hereto as Exhibit A;

- The August 7, 2013 Scheduling Order (D.I. 18) shall be amended such that willfulness issues are no longer bifurcated for purposes of discovery and trial;

- The August 7, 2013 Scheduling Order (D.I. 18) shall be further amended to extend the deadline for the completion of fact discovery until November 21, 2014, provided that any further discovery shall not be cumulative of discovery already taken;

- All subsequent deadlines set out in the August 7, 2013 Scheduling Order shall remain in place.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | MORRIS JAMES LLP |
|---|---|
| */s/ Maryellen Noreika* | */s/ Kenneth L. Dorsney* |
| Maryellen Noreika (#3208)<br>Regina S.E. Murphy (#5648)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>mnoreika@mnat.com<br>rmurphy@mnat.com | Kenneth L. Dorsney (#3208)<br>500 Delaware Avenue<br>Suite 1500<br>Wilmington, DE 19801<br>(302) 888-6800<br>kdorsney@morrisjames.com |
| *Attorneys for Plaintiff/Counterclaim Defendant Transcend Medical, Inc.* | *Attorneys for Defendant/Counterclaim Plaintiff Glaukos Corporation* |
| OF COUNSEL: | OF COUNSEL: |
| Matthew B. Lehr (#2370)<br>David J. Lisson<br>Shiwoong Kim<br>DAVIS POLK & WARDWELL LLP<br>1600 El Camino Real<br>Menlo Park, CA  94025<br>(650) 752-2000 | Joseph F. Jennings<br>Joseph R. Re<br>Joshua Stowell<br>William Shreve<br>KNOBBE MARTENS OLSON & BEAR LLP<br>2040 Main St., 14th Floor<br>Irvine, CA  92614<br>(949) 760-0404 |

SO ORDERED _____ day of September, 2014

_____

J.