IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRANSCEND MEDICAL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 13-830 (MSG) |
| v. ) | |
| ) | |
| GLAUKOS CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION AND [PROPOSED] ORDER
## AMENDING EXPERT DISCOVERY SCHEDULE

Plaintiff Transcend Medical, Inc. ("Transcend") and Defendant Glaukos Corporation ("Glaukos") stipulate as follows:

WHEREAS Transcend filed a Complaint for Declaratory Judgment of Patent Non-Infringement and Invalidity (D.I. 1) against Glaukos on May 10, 2013;

WHEREAS Judge Robinson issued a Scheduling Order (D.I. 18) on August 7, 2013;

WHEREAS the parties have agreed to an adjustment of the expert discovery deadlines set forth in the August 7, 2014 Scheduling Order;

NOW THEREFORE, by and through their respective counsel of record and subject to the approval of the Court, Transcend and Glaukos stipulate that the August 7, 2013 Scheduling Order is amended as follows:

1. The deadline for expert reports on issues for which the parties have the burden of proof shall be extended until February 23, 2015.

2. The deadline for rebuttal expert reports shall be extended until March 23, 2015.

3. The deadline for supplemental expert reports shall be extended until April 6, 2015.

4. The deadline for the end of expert discovery shall be extended until May 1, 2015.

5. This adjustment of expert report and discovery dates does not impact the schedule for the trial and pretrial conference.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | MORRIS JAMES LLP |
|---|---|
| /s/ *Maryellen Noreika* | /s/ *Kenneth L. Dorsney* |
| Maryellen Noreika (#3208)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>mnoreika@mnat.com | Kenneth L. Dorsney (#3208)<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>(302) 888-6800<br>kdorsney@morrisjames.com |
| *Attorneys for Plaintiff/Counterclaim Defendant Transcend Medical, Inc.* | *Attorneys for Defendant/Counterclaim Plaintiff Glaukos Corporation* |
| OF COUNSEL: | OF COUNSEL: |
| Matthew B. Lehr (#2370)<br>David J. Lisson<br>Igor Piryazev<br>Shiwoong Kim<br>DAVIS POLK & WARDWELL LLP<br>1600 El Camino Real<br>Menlo Park, CA 94025<br>(650) 752-2000 | Joseph F. Jennings<br>Joseph R. Re<br>Joshua Stowell<br>William Shreve<br>KNOBBE MARTENS OLSON & BEAR LLP<br>2040 Main St., 14th Floor<br>Irvine, CA 92614<br>(949) 760-0404 |

SO ORDERED 29 day of December 2014.

_____ J.